23CV22966

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: __To be set__

__Earl J. Downs__
(Write the full name of the plaintiff)

vs.

__FNU Flores (Seargant)__
__FNU Sanquoa (Sargeant)__
__FNU Johnson (officer)__
__FNU Hardy (officer)__
(Write the full name of the defendant/s in this case)

FILED BY __MC__ D.C.
AUG 24 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: __Earl J. Downs__
   Address: __5964 U.S. Highway 90__
   Inmate/Prison No.: __H26167__

   Year of Birth: __1983__ (Do **not** include day or month, pursuant to Fed. R. Civ. P 5.2)

   (Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __FNU Flores__      Defendant: __FNU Sanquoa__
   Official Position: __Sargeant__   Official Position: __Sargeant__
   Place of Employment: __Dade.C.I__   Place of Employment: __Dade.C.I__

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

B. Continued...

Defendant: FNU Johnson
official Position: Officer
Place of Employment: Dade. C.I

Defendant: FNU Hardy
official Position: Officer
Place of Employment: Dade. C.I

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

The actions of all defendants in using physical, excessive and/or unnecessary force without need or provocation, and or failing to intervene as required was done maliciously & sadistically constituting Cruel and unusual Punishment and Deliberate Indifference in violation of my 8th U.S.C.A right.

) On 8/25/2019, while housed in a M/H unit at Dade.C.I in cell #J5-209 with 3 other Inmates approximently between 4:00am-5:00am myself and all of my 3 other Inmates were awakened by the cell door being opened as Sgt. Flores rushed inside the cell screaming

) As Sgt. Flores rushed inside the cell, he shouted, "Who in the fuck, did it?", while acting in a very aggressive and sadistic manner, which the plaintiff took as bravado to impress the 2 other female officer's that were present (Defendant's Johnson & Hardy).

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Wherefore, Plaintiff requests that the Court grants the folling relief listed below

A. Issue a declaratory judment stating that:
1. The physical abuse of the Plaintiff by the defendants with chemical agents violated the Plaintiff's rights under the 8th Amendment to the U.S. Constitution and Constituted an Assault

## III. Relief Requested (cont'd)

and Battery, under Florida Law
2. Defendant's failure to take action to curb the "Excessive Force", upon a prisoner violated Plaintiff's rights under the 8th Amendment to the U.S. Constitution
B. Award $50,000.00 compensatory damages in the following (jointly and severally) against all named defendants
C. Award $50,000.00 punitive damages in the following (jointly and severly) against all named defendants
D. Grant such other relief as it may appear that plaintiff is entitled to.

## II. Statement of Claim (Cont'D)

#3.) As the Plaintiff and his roommates, (Moses Bellinger # 104302, George Finkley # 139895 and another unknown prisoner), were groggily getting out of bed, Moses Bellinger was the first one up

#4) Sgt. Flores, would not calm down.

#5) Sgt. Flores, started striking Moses Bellinger with a closed fist in the head, repeatedly over and over

#6) Then Sgt. Flores, looked up at me and threatenly stated, "Don't Worry - you're next!"

#7) Plaintiff, then got up off of his bunk, Because the Plaintiff didn't want to be "jumped on, while lying" on his bunk.

#8) Then the Plaintiff was engaged by Sgt. Flores & Sgt. Sanquoz, who repeatedly punched the plaintiff in the face and head

#9) Plaintiff, blanked out temporarily and woke up on the floor being beaten by Sgt. Flores & Sgt. Sanquoz, sustaining blows to the head, ribs, arms, legs and hands.

#10) After about 5 minutes of sustaining blows, One of the defendants grabbed the plaintiff's hand and begun, bending and twisting his finger backwards, snapping his fingers and fracturing, popping some of them out of the socket.

#11) After several complaints, the Plaintiff was seen by Medical and Plaintiff hand was X-rayed

#12) Due to the X-ray results of Plaintiff's hand, Doctor Condero recommend Surgery

#13) Besides the injury to Plaintiff's hand, Plaintiff also suffered great injury to his head, which was swollen and deformed or it was swollen so bad that it looked deformed

#14) Now up to this date, Plaintiff still hasn't had any surgery, leaving his hand deformed

#15) The Plaintiff was a "Mental Health Patient", Due to his Suicide attempt

#16) Defendant's Hardy & Johnson, both watched as Sgt.'s Flores & Sanquoz, Assaulted and Battered me.

#17) M/H Specialist, the Regional Director, and the Inspector, were all informed of this incident, when I reported it to them

5 of 9

#18) The inspector conducted an investigation of the matter

#19) I filed several grievances (i.e. exhausting all my administrative remedies.) in regards to this incident, which are logged on file and in F.D.O.C's database also... [Note: informal grievance was "Approved" at an institutional level of this incident by Major Green]

#20) All of my medical injuries are documented & logged, for substantiation of this incident

## CONCLUSION:

#21) This is how all defendants participated in this 8th Amendment violation by being Deliberate Indifferent, applying excessive force and inflicting Cruel & Unusual Punishment

## DEFENDANT FLORES

#22) Flores (Sergeant) - Contributed to this 8th Amendment Violation of Cruel & Unusual Punishment for "Excessive/Unnecessary Force", By Assaulting & Battering the Plaintiff by repeatedly punching the Plaintiff in the head & face then by repeatedly beating the plaintiff in the head, ribs, arms, leg's and hands as He Layed hurt on the ground causing physical injury & permanent disfigurement to the Plaintiff, which is substantiated by medical documents and corroborated by medical staff officials. Therefore, the excessive/unnecessary force was applied to the plaintiff by the defendants without penological justification nor provocation in violation of my 8th Amendment Right

## DEFENDANT SANQUOA

#23) Sanquoa (Sergeant) - Contributed to this 8th Amendment violation of the Cruel & Unusual Punishment Clause for "Excessive Force" by Assaulting & Battering the Plaintiff by repeatedly punching the Plaintiff in the face & head then by simultaneously kicking the Plaintiff in the head, ribs, arm's, leg's and hand's as he layed hurt on the ground causing physical injury & permanent disfigurement to the plaintiff which is substantiated by medical documents and corroborated by medical staff officials. Therefore, the excessive / unnecessary force was applied to the plaintiff by the defendants without penological justification nor provocation in violation of my 8th Amendment Right.

## DEFENDANT JOHNSON

#24) Johnson (Officer) - Contributed to this 8th Amendment violation of the Cruel & Unusual Punishment Clause for being "Deliberately Indifferent" to the Plaintiffs safety due to her failing to curb the acts and actions of all the staff that were involved and/or participated in this particular unnecessary force incident which contributed to or proximately caused this 8th Amendment violation

## DEFENDANT HARDY

#25) Hardy (Officer) - Contributed to this 8th Amendment violation of the Cruel & Unusual Punishment Clause for being "Deliberately Indifferent" to the Plaintiffs safety due to her failing to curb the acts and actions

of all the staff that were involved and/or participated in this particular unnecessary/excessive force incident which contributed to or proximately caused this 8th Amendment violation

8 of 9.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this  2nd  day of  August , 20 23

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:  8/2/23

_____
Signature of Plaintiff

EARL DOWNS # H26167
Florida State Prison
P.O. Box 800
Raiford
Fla. 32080

CLERK OF COURT
400 N. MIAMI AVE
MIAMI, FLORIDA 33128



Mailed From A State Correctional Institution



LEGAL MAIL

Legal Mail
Provided to Florida State Prison on
8/17/23 for mailing by R ᵂ

LEGAL MAIL

LEGAL MAIL